IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS LEE GROSSE, | No. C 14-1230 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| CENTRAL INTELLIGENCE AGENCY; FEDERAL BUREAU OF INVESTIGATION | |
| Defendant. | |

Plaintiff, an inmate in the Alameda County Jail, filed this pro se civil rights action pursuant to 42 U.S.C. 1983 in which he seeks immediate release from custody. The grounds for doing so are not altogether clear. In any event, however, a petition for a writ of habeas corpus, not a civil rights complaint, is the "exclusive remedy" for the prisoner who seeks "immediate or speedier release" from confinement. *Skinner v. Switzer*, 131 S. Ct. 1289, 1293 (2011). Consequently, the complaint is **DISMISSED** without prejudice to plaintiff filing his claims in a petition for a writ of habeas corpus after all available state court remedies have been exhausted.

The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: March   31  , 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE